THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  : Case No. 3:14-cr-120(1)
             Also Civil Case No. 3:15-cv-268

-vs-

             District Judge Timothy S. Black
JOSHUA ANTHONY PETROSINO,    Magistrate Judge Michael R. Merz

      Defendant. :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. 45), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 39) is DENIED. Further, Defendant is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

December 10, 2015.

                 *Timothy S. Black* (signature)
                 Timothy S. Black
                 United States District Judge